UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BALJINDER SINGH,
Petitioner,
v.
JAMES JANECKA, et al.,
Respondents.

Case No. 5:26-cv-05787-SRM-E

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [6]**

**(A# 209-947-135)**

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records herein, including the Report and Recommendation of the United States Magistrate Judge. Dkt. 6. Respondents did not file any objections. Accordingly, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED** that (1) the Report and Recommendation is accepted and adopted; (2) Judgment shall be entered granting the Petition for Writ of Habeas Corpus in part; (3) Respondents shall **IMMEDIATELY RELEASE** Petitioner (A# 209-947-135) from detention, subject to Petitioner's previous conditions of supervision; (4) Respondents are **ENJOINED** from any further re-detention of Petitioner absent at least seven (7) days' notice and a pre-deprivation bond hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner

is an unacceptable danger to the community or an unacceptable flight risk; and (5) Petitioner's Motion to Expedite Consideration, Dkt. 8, is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

**IT IS SO ORDERED.**

Dated: November 7, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE