UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJINDER SINGH,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | Case No. 5:26-cv-05787-SRM-E<br><br>**JUDGMENT**<br>**(A# 209-947-135)** |

Pursuant to the Court's Order Accepting Report and Recommendation of a United States Magistrate Judge, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus is **GRANTED IN PART**.

**IT IS SO ORDERED.**

Dated: November 7, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE